■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLTON HUNT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered January 31, 1983, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Any possible errors in the prosecutor's summation did not deny the defendant a fair trial. Bracken, J. P., Rubin, Sullivan and Harwood, JJ., concur.